# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO._____

JHS CAPITAL ADVISORS, LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. § 1441 and § 1446 (2012), removes this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The grounds for removal are as follows:

1. Plaintiff, JHS Capital Advisors, LLC ("JHS") filed its Complaint in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida against Westchester as Case No. 12-011537, Division L.

2. This notice of removal is based on diversity of citizenship between Plaintiff and Westchester pursuant to 28 U.S.C. § 1332 (2012).

3. <u>Original Jurisdiction</u> – This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 & 1441 (2012) because: (a) there is a complete diversity of

citizenship, both at the time the action was commenced on July 20, 2012, and at the time of the filing of this Notice of Removal; and (b) the matter in controversy exceeds $75,000, exclusive of interest and costs.

4. <u>Diversity of Citizenship</u> – Defendant Westchester is a Georgia corporation, with a principal place of business outside Florida. *See* Compl., ¶ 2, **Composite Exhibit A-2**. Westchester is *not* a citizen of the State of Florida.

5. Plaintiff is a citizen of Florida. JHS is a Florida limited liability company. *See* Compl., ¶ 1, **Composite Exhibit A-2**; JHS Capital Advisors, LLC 2012 Limited Liability Company Annual Report, **Exhibit B**[1]. As stated in the Complaint, at all material times JHS has conducted business in Florida and has maintained its principal place of business in Tampa, Florida. *Id.* at ¶ 1. According to the "2012 Limited Liability Company Annual Report," as filed by JHS with the Florida Secretary of State on March 22, 2012, all "Managing Members/Managers" of JHS are located in Florida. *See* **Exhibit B**. Thus, JHS is a citizen of the State of Florida.

6. <u>Matter in Controversy Exceeds $75,000</u> - JHS is seeking damages significantly in excess of $75,000. *See* Compl., **Composite Exhibit A-2**. According to the Complaint, in an arbitration held before the Financial Industry Regulatory Authority ("FINRA"), an award was rendered against JHS for: (a) $1,500,000 in compensatory damages; (b) $100,000 in punitive damages; (c) $93,204 in attorneys' fees; and (d) $6,600

---

[1] A defendant may support its Notice of Removal with "affidavits, declarations or other documentation." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 755 (11th Cir. 2010). "[I]t is appropriate for a federal court to look beyond the face of a complaint in assessing jurisdiction when a notice of removal is filed." *Lewis v. AT&T Corp.*, 898 F. Supp. 907, 909 (S.D. Fla. 1995) (citing *Davis v. Cluet, Peabody & Co.*, 667 F.2d 1371, 1373 (11th Cir. 1982, *reh'g denied*, 673 F.2d 1342 (11th Cir. 1982).

in hearing session fees (collectively, the "FINRA Award"). *See* Complaint ¶ 7, **Composite Exhibit A-2**. JHS alleges that it is an insured under a Securities Broker-Dealer Professional Liability Insurance Policy issued by Westchester. *See* Complaint ¶¶ 9-13, **Composite Exhibit A-2**. JHS now seeks to recover, at a minimum, the amount of the FINRA Award ($1,699,804) directly from Westchester. *See* Complaint ¶¶ 7, 19, 23, 27, **Composite Exhibit A-2**.

7. <u>Copy of All Process, Pleadings, and Orders</u> – Westchester files a copy of the Complaint and any other process, pleadings and/or orders that have been served upon it in this action in accordance with 28 U.S.C. § 1446(a) (2012). These items are attached to this Notice as **Composite Exhibit A**.

8. <u>Signature Pursuant to Rule 11</u> – Counsel for Westchester acknowledges that it is executing this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure as required by 28 U.S.C. § 1446(a) (2012).

9. <u>Notice is Timely</u> – Westchester files this notice on a timely basis within 30 days of being served on August 6, 2012, in accordance with 28 U.S.C. § 1446(b) (2012). *See also* Notice of Service of Process, **Exhibit A-4**.

10. <u>Notice Filed With State Court</u> – Westchester is filing a copy of this notice with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, in accordance with 28 U.S.C. § 1446(d) (2012).

11. <u>Service on Adverse Parties</u> – Westchester is serving this notice to the attorney of record for Plaintiff in accordance with 28 U.S.C. § 1446(d) (2012).

12. <u>Proper Venue</u> – Venue is proper in the Tampa Division of the District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1391(b) (2012) because Plaintiff's cause of action allegedly accrued in Hillsborough County, Florida.  *See* Compl., ¶ 2, **Composite Exhibit A-2**.

13. Defendant has not removed this action on any prior occasion.

**WHEREFORE,** Defendant, Westchester Surplus Lines Insurance Company, hereby removes the above-captioned action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and requests that further proceedings be conducted in this Court as provided by law.

(*signature and certificate of service on following page*)

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on August 31, 2011, a true and accurate copy of the foregoing has been furnished by U.S. Mail and electronic mail to:

**ANDY DOGALI, ESQ.**
Forizs & Dogali, P.A.
4301 Anchor Plaza Parkway, Suit 300
Tampa, FL 33634
adogali@forizs-dogali.com

Respectfully Submitted,

SEDGWICK LLP
2400 E. Commercial Boulevard
Suite 1100
Ft. Lauderdale, FL 33308
Phone: (954) 958-2500
Fax: (954) 958-2513

By: _____
Valerie Shea, Esq.
Florida Bar No. 0436800
valerie.shea@sedgwicklaw.com
Charles S. Davant, Esq.
Florida Bar No. 15178
charles.davant@sedgwicklaw.com