**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JHS CAPITAL ADVISORS, LLC,**
    **Plaintiff,**

v.                                      Case No. 8:12-cv-02006-SDM-AEP

**WESTCHESTER SURPLUS LINES**
**INSURANCE COMPANY,**
    **Defendant.**
_____/

## MOTION TO REMOVE JACQUELINE H. PALIK FROM SERVICE LIST

COMES NOW, Dogali Law Group, P.A., on behalf of itself, and hereby moves this Honorable Court to remove the name of Jacqueline H. Palik, Esq. from this matter as counsel of record for Plaintiff, JHS CAPITAL ADVISORS, LLC. Ms. Palik is no longer practicing with Dogali Law Group, P.A. and is consequently no longer performing services in connection with this matter. The law firm of Dogali Law Group, P.A., and specifically Andy Dogali, Esq. will continue to handle this litigation on behalf of Plaintiff, JHS CAPITAL ADVISORS, LLC, so that Ms. Palik's involvement in this matter is no longer necessary. Dogali Law Group, P.A., on behalf of itself, respectfully requests that Ms. Palik's name be removed as counsel of record in this matter and that she receives no further electronic notifications through the CM/ECF system.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2014, I electronically filed the foregoing using the CM/ECF system which will send a copy to counsel of record.

                                                    **DOGALI LAW GROUP, P.A.**

                                                    _/s/Andy Dogali_
                                                    Andy Dogali
                                                    Fla. Bar No.: 0615862

        101 East Kennedy Blvd., Suite 1100
        Tampa, FL  33602
        Telephone: (813) 289-0700
        Facsimile:  (813) 289-9435
        Email:  adogali@dogalilaw.com
        *Attorneys for Plaintiff*